### 11811. DECATUR COUNTY *v.* PHILYAW.

JENKINS, P. J. 1. "A traveler on the public highway, exercising due care, although he knows there is some danger in driving over a defective bridge, may recover for injuries thus sustained, unless the danger is obviously of such a character that driving over the bridge, in and of itself, amounts to a want of ordinary care." *Elbert County* v. *Threlkeld,* 145 *Ga.* 133 (88 S. E. 683). The charge of the court, having followed this language of the Supreme Court, and being otherwise

qualified and enlarged by a correct statement of the law relative to the burden of proof, the respective duties of the plaintiff and the county to exercise ordinary care, and the burden on the plaintiff to show actual or constructive notice to the county of the defect in the bridge, is not subject to the exceptions taken.

2. The verdict was warranted by the evidence, and the defendant cannot complain that the amount found was less than the proved damages. *Central of Ga. Ry. Co.* v. *Trammell*, 114 *Ga.* 312(3) (40 S. E. 259); *Pullman Co.* v. *Schaffner*, 126 *Ga.* 609, 610(4) (55 S. E. 933, 9 L. R. A. (N. S.) 407); *Parker* v. *Roberts*, 19 *Ga. App.* 270(2) (91 S. E. 345).

*Judgment affirmed. Stephens and Hill, JJ., concur.*

DECIDED APRIL 14, 1921.

Action for damages; from city court of Bainbridge — Judge Spooner. August 16, 1920.

*Hartsfield & Conger,* for plaintiff in error.

*W. V. Custer,* contra.